**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00739-CV

———————————

### ALISA WILSON DANFORTH, Appellant

### V.

### FRY'S ELECTRONICS, INC., Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-00093**

---

## MEMORANDUM OPINION

Appellee, Fry's Electronics, Inc., has filed a motion to dismiss this appeal, contending that appellant, Alisa Wilson Danforth, has failed to pay the appellate filing fees and to comply with this Court's order requiring payment of the fees. Fry's Electronics requests that we dismiss the appeal. We grant the motion.

Danforth has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). On September 18, 2013, we ordered Danforth to pay the filing fee by September 30, 2013 and notified her that failure to pay the fee would result in dismissal. *See* TEX. R. APP. P. 5, 42.3. Danforth has failed to either pay the fees or otherwise file an adequate response.

Accordingly, we grant Fry's Electronics' motion and dismiss the appeal for nonpayment of all required fees and for failure to comply with an order of this Court. *See* TEX. R. APP. P. 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.